CJ-2020-1300
Andrews

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| HALEE J. LIMKE, | ) | **FILED IN DISTRICT COURT** |
| | ) | **OKLAHOMA COUNTY** |
| Plaintiff, | ) | |
| | ) | MAR - 5 2020 |
| v. | ) Case No. | |
| | ) | RICK WARREN |
| THE HOME DEPOT, INC. | ) | COURT CLERK |
| a foreign for-profit business corporation, | ) | 41_____ |
| CORPORATIONS A, B, and C, and | ) | |
| JOHN DOES 1, 2, and 3. | ) | |
| | ) | **CJ-2020-1300** |
| Defendants. | ) | |

## PETITION

**COMES NOW** the Plaintiff, Halee J. Limke, by and through her attorneys of record, James J. Taylor, Kevin S. Locke, Thomas B. Corbin, and Andrea R. Clinger of the firm Taylor, Lucas, Locke & Corbin, and for her cause of action against the Defendant The Home Depot, Inc., a foreign for-profit business corporation (hereinafter "Home Depot"), Defendant Corporations A, B, and C (hereinafter "Corporations"), and Defendant John Doe 1, 2, and 3 (hereinafter "John Doe") and collectively referred to herein as "Defendants", alleges and states as follows:

1. That on or about October 14, 2019 at 700 Penn Lane in Moore, Oklahoma, Oklahoma County, State of Oklahoma (hereinafter "Delivery Site"), Defendants were negligent in operating machinery, negligently entrusted machinery to an unqualified, untrained, and/or negligent operator acting as Defendant Home Depot's agent, and/or negligently hired, trained, and/or retained Defendant Corporations and/or John Doe causing injury to Plaintiff.

2. As a result of the Defendants' negligence, Plaintiff was injured, suffered past, present and future mental and physical pain and suffering, temporary and permanent physical injuries, temporary and permanent physical limitations, incurred expenses for medical treatment and will incur future expenses for medical treatment, and suffered

**EXHIBIT 2**

lost quality of life.

3. At all times mentioned herein, Defendant Corporations and Defendant John Doe were acting as the agent(s), servant(s) and/or employee(s) of The Home Depot within the scope and course of its/their employment.

4. On or about October 14, 2019 Defendant The Home Depot retained Defendant(s) Corporation(s) and/or Defendant(s) John Doe(s) to perform services, which included and/or required, but were not limited to, training, licensures, certifications and/or qualifications for the use and/or operation of machinery.

5. Defendant The Home Depot did not exercise the care which an ordinarily prudent person/employer would use in hiring, training or retaining an employee, agent and/or contractor.

6. Defendant The Home Depot knew or should have known that the work being performed by Defendant(s) Corporation(s) and/or Defendant(s) John Doe(s) pose a serious risk of harm to others.

7. On or about October 14, 2019 Defendant The Home Depot knew or should have known that Defendant(s) Corporation(s) and/or Defendant(s) John Doe(s) were not careful, safe, nor competent operator of the machinery entrusted to them for use in performance of their duties and as a result thereof, persons were likely to be injured.

8. As a result, of Defendant The Home Depot's negligent hiring, training and/or retention of Defendant Corporations and Defendant John Doe, Plaintiff was injured, suffered past, present and future mental and physical pain and suffering, suffered temporary and permanent physical injuries, suffered

temporary and permanent physical limitations and disfigurement, incurred expenses for medical treatment, was prevented from transacting business, suffered lost quality of life and loss of income.

**WHEREFORE**, premises considered, Plaintiff prays for judgment against the Defendants The Home Depot, Inc. a foreign for-profit business corporation, Defendants Corporations A, B., and C, and Defendants John Does 1, 2, and 3, and each of them individually, in an amount in excess of Seventy-Five Thousand Dollars and no/100s ($75,000.00), plus interest, costs and attorney's fees along with any other relief this Court deems just and equitable.

Respectfully Submitted,

James J. Taylor, OBA #8867
Kevin S. Locke, OBA #14769
Thomas B. Corbin, OBA #16445
Andrea R. Clinger, OBA #31910
TAYLOR, LUCAS, LOCKE & CORBIN
1132 N. Broadway Drive
Oklahoma City, OK 73103
(405) 232-8585 Telephone
(405) 232-8588 Facsimile
andi.clinger@taylorlucas.com
stacy.brooks@taylorlucas.com
ATTORNEYS FOR PLAINTIFF

**ATTORNEY'S LIEN CLAIMED**