# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HALEE J. LIMKEE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-20-352-G |
| | ) |
| **THE HOME DEPOT, INC. et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 3) filed on April 22, 2020. The Motion seeks dismissal of Plaintiff's Petition (Doc. No. 1-2). On February 12, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 14). Plaintiff's Amended Complaint supersedes the Petition and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 3) is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of February, 2021.

*[signature]*
CHARLES B. GOODWIN
United States District Judge